**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **DYNEON LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DUPONT DOW ELASTOMERS LLC,**<br><br>**Defendant.** | **Civil No.: 01-CV-211** DWF/SRN<br><br>**ACKNOWLEDGMENT OF SERVICE OF PROCESS AND STIPULATION EXTENDING THE TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** AND ORDER |

Plaintiff Dyneon LLC ("Dyneon") and Defendant DuPont Dow Elastomers L.L.C. ("DDE"), through their respective counsel, hereby stipulate and agree as follows:

1. DDE acknowledges service of process in this action on May 18, 2001.

2. The time within which DDE must answer, move or otherwise respond to the Complaint in this action is extended 60 days until August 6, 2001.

3. No previous extensions have been granted.

Michael J. Kane
FISH & RICHARDSON, P.C., P.A.
3300 Dain Rauscher Plaza
60 South Sixth Street - Suite 3300
Minneapolis, Minnesota 55402
(612) 337-2502

Attorney for Plaintiff

Thomas B. Kenworthy
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5702

Attorney for Defendant

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DYNEON LLC,<br>Plaintiff,<br>v.<br>DUPONT DOW ELASTOMERS LLC,<br>Defendant. | Civil No. 01-211 DWF/SRN |

**ORDER**

Based on the stipulation of the parties filed with the Court, DuPont Dow Elastomers LLC will answer, move or otherwise respond to the Complaint in this action on or before August 6, 2001.

SO ORDERED this 1st day of June, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

60043157.doc