242129

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-211 DWF/SRN **Case Title:** Dyneon LLC v. DuPont Dow, et al.

**Affidavit of Movant**

I, Richard Dahl, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David Marston Jr an attorney admitted to practice in the Eastern District of Pennsylvania, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendants DuPont Dow Elas.*in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] Signature — 148258 MN Attorney License # — 8/21/01 Date

**Affidavit of Proposed Admittee**

I, David Marston Jr am currently a member in good standing of the U.S. District Court for the Eastern District of Pennsylvania, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

David W. Marston Jr. Type/Print Name — [signature] Signature — 8/20/01 Date

Attorney License Number: PA I.D. No. 84399

* Mr. Marston is counsel to defendants DuPont Dow Elastomers LLC and Asahi Glass Fluoropolymers USA, Inc.

Law Firm Name & Address: Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Telephone: (215) 963-5000

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

AUG 24 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____