**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DYNEON LLC,

Plaintiff,

v.

DUPONT DOW ELASTOMERS LLC,
ASAHI GLASS CO. LTD, and
ASAHI GLASS FLUOROPOLYMERS USA, INC.,

Defendants.

Civil No. 01-211 (DWF/SRN)

**ORDER OF REFERENCE**

---

Wayne Willenberg, Esq., and Michael Kane, Esq., Fish & Richardson, 3300 Dain Bosworth Plaza, 60 South 6th Street, Minneapolis, MN 55402, counsel for Plaintiff.

Richard Dahl, Esq., Dunkley Bennett Christensen & Madigan, 701 4th Avenue South, Suite 700, Minneapolis, MN 55415 and Thomas Kenworthy, Esq., and David Marston, Jr., Esq., Morgan Lewis & Bockius, 1701 Market Street, Philadelphia, PA 19103, counsel for Defendants.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant Asahi Glass Co. Ltd's Motion to Dismiss, or Strike Amended Complaint is referred to Magistrate Judge Susan Richard Nelson.

At this time the Court's file only contains the Letter of Service required by Local Rules.

Counsel are directed to call and schedule the above motion with Calendar Clerk, Beverly Riches, telephone number 651-848-1200.

Dated: October 30, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed OCT 30 2001
Richard D. Sletten, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________