IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

DYNEON LLC.,

Plaintiff,

v.

Civil Action No.: 01-211-DWF/SRN

DUPONT DOW ELASTOMERS L.L.C., ASAHI GLASS CO., LTD., and ASAHI GLASS FLUOROPOLYMERS USA, INC.,

Defendant.

---

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, DYNEON LLC ("Dyneon"), Plaintiff and ASAHI GLASS CO., LTD., ASAHI GLASS FLUOROPOLYMERS USA, INC., and DUPONT DOW ELASTOMERS L.L.C., (collectively Defendants) respectfully request the Court to enter a dismissal of this matter on the following terms:

1. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 101 et. seq. and this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1331, 1332, 1338(a). This Court has personal jurisdiction over the parties, and venue is proper in this district pursuant to 28 U.S.C. § 1400.

2. The Parties have resolved this dispute pursuant to a Confidential Settlement Agreement.

3. This Court shall retain exclusive jurisdiction for any action relating to enforcement of the Confidential Settlement Agreement.

F:\H-M\morgan lewis\docs\stip dissmissal.doc 11/20/02

FILED NOV 21 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. Each Party shall bear its own costs and attorneys fees.

5. This action is hereby dismissed with prejudice.

AGREED TO AND ACCEPTED:

BY: ______________________
Counsel for Plaintiff

BY: ______________________
Counsel for Defendants

Wayne E. Willenberg, Esq.
Michael J. Kane, Esq.
FISH & RICHARDSON, P.C., P.A.
60 South Sixth Street, Suite 3300
Minneapolis, MN 55402
(612) 338-5070

Gregory A. Madera, Esq.
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

Richard M. Dahl (I.D. #148258)
DUNKLEY, BENNETT, CHRISTENSEN
& MADIGAN, P.A.
Suite 700, 701 Fourth Avenue South
Minneapolis, MN 55415
(612) 339-1290

Thomas B. Kenworthy
David W. Marston, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000

Jeffrey A. Lindeman
Michael R. Dzwonczyk
MORGAN, LEWIS & BOCKIUS LLP
1800 M. Street, N.W.
Washington, D.C. 20036-5869

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action, including all cross-claims, counter-claims, and third-party claims, if any, is hereby dismissed with prejudice on the merits and without costs to any party.

Dated: 11/21/02

By the Court: ______________________
The Honorable Donovan W. Frank
United States District Judge